UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANN NUZZO,**  Case No: 8-24-cv-03014

          Plaintiff,

v.

**FRONTIER AIRLINES, INC. and**
**G2 SECURE STAFF, LLC.,**
          Defendant(s).
-----------------------------------------------------x

## MOTION PRO-HAC VICE OF ABRAM I. BOHRER, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission pro hac vice of Abram I. Bohrer, of the law firm of Bohrer & Lukeman, PLLC, 5 Columbus Circle, Suite 1501, New York, NY 10019 (212) 406-4232, for purposes of appearance as co-counsel on behalf of Plaintiff, Ann Nuzzo, herein, in the above-styled case only, and pursuant to Rule 2B, of the CM/ECF Administrative Procedures, to permit Abram I. Bohrer to receive electronic filings in this case, and in support thereof states as follows:

      1.     Abram I. Bohrer is not admitted to practice in the Middle District of Florida and is a member in good standing of the New York and New Jersey Bars, and the United States District Courts for the Eastern and Southern Districts of New York and United States District Court for the District of New Jersey.

2.  Movant, James M. Loren, Esquire, of the Law Offices of Goldberg & Loren, P.A., 1776 N. Pine Island Rd., Suite 224, Plantation, FL 33322, (800) 719-1617, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Abram I. Bohrer has made payment of this Court's $224.00 admission fee. A certification in accordance with Rule 4B is attached hereto.

4.  Abram I Bohrer, by and through designated counsel and pursuant to Section 2B, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Abram I. Bohrer at the following e-mail address: abe@flightinjury.com.

WHEREFORE, James M. Loren moves this Court to enter an Order permitting Abram I. Bohrer to appear before this Court on behalf of Plaintiff, Ann Nuzzo for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Abram I. Bohrer.

Dated: January 16, 2025

          **LAW OFFICES OF**
          **GOLDBERG & LOREN, P.A.**

_____

Florida Bar No. 55409
E-Mail: Pleadings@goldbergloren.com
James Loren, Esq.
1776 N Pine Island Rd. #224
Plantation, Florida 33322
Tel: (800) 719-1617

*Attorneys for Plaintiff*

**BOHRER & LUKEMAN, PLLC**

_____
Abram I. Bohrer, Esq.
5 Columbus Circle, Suite 1501
New York, New York 10019
Telephone: (212) 406-4232
Email: abe@flightinjury.com