UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN NUZZO,

v.                                            Case No. 8:24-cv-3014-KKM-TGW

FRONTIER AIRLINES, INC.
G2 SECURE STAFF, LLC,
Defendants.
_____/

ORDER

THIS CAUSE came on for consideration upon the Motion to Pro Hac Vice of Abram I. Bohrer (Doc. 8). Attorney Bohrer does not satisfy Local Rule 2.01(c)(4), which requires the attorney to "list[] each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months." Additionally, Bohrer states that he is not admitted to practice in the Middle District of Florida. However, under Local Rule 2.01(c)(1), the attorney must specify that he is not an active member of the Florida Bar.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Pro Hac Vice of Abram I. Bohrer (Doc. 8). is **DENIED without prejudice**.

DONE and ORDERED at Tampa, Florida, this 22nd day of January, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE