UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANN NUZZO,**  Case No: 8-24-cv-03014

          Plaintiff,

v.

**FRONTIER AIRLINES, INC. and**
**G2 SECURE STAFF, LLC.,**
          Defendant(s).
-------------------------------------------------------x

**AMENDED MOTION FOR SPECIAL ADMISSION ON BEHALF OF ABRAM I. BOHRER, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for special admission of Abram I. Bohrer, of the law firm of Bohrer & Lukeman, PLLC, 5 Columbus Circle, Suite 1501, New York, NY 10019 (212) 406-4232, for purposes of appearance as co-counsel on behalf of Plaintiff, Ann Nuzzo, herein, in the above-styled case only, and pursuant to Rule 2B, of the CM/ECF Administrative Procedures, to permit Abram I. Bohrer to receive electronic filings in this case, and in support thereof states as follows:

    1.    In accordance with Local Rule 2.01(C)(1) and (C)(4) please note that Abram I. Bohrer:

        a.    Is not a Florida resident, and

        b.    Is not a member in good standing of the Florida Bar;

    c. In addition to being a member in good standing of the Bars of New York and New Jersey is admitted to practice law as a member in good standing to the Bars of the United States District Courts for the Eastern and Southern Districts of New York and United States District Court for the District of New Jersey;

    d. Has not abused the privilege of special admission by maintaining a regular practice of law in Florida;

    e. And has appeared in only one other Florida matter in the last 36 months entitled *Spertini v. American Airlines, Inc., Case No.: 1:24-cv-21950*, which is currently pending in the United States District Court for the Southern District of Florida.

2. Movant, James M. Loren, Esquire, of the Law Offices of Goldberg & Loren, P.A., 1776 N. Pine Island Rd., Suite 224, Plantation, FL 33322, (800) 719-1617, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Abram I. Bohrer has made payment of this Court's $224.00 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Abram I Bohrer, by and through designated counsel and pursuant to Section 2B, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Abram I. Bohrer at the following e-mail address: [abe@flightinjury.com](abe@flightinjury.com).

WHEREFORE, James M. Loren moves this Court to enter an Order permitting Abram I. Bohrer to appear before this Court on behalf of Plaintiff, Ann Nuzzo for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Abram I. Bohrer.

Dated: February 5th, 2025

**LAW OFFICES OF**
**GOLDBERG & LOREN, P.A.**

_____
Florida Bar No. 55409
E-Mail: Pleadings@goldbergloren.com
James Loren, Esq.
1776 N Pine Island Rd. #224
Plantation, Florida 33322
Tel: (800) 719-1617

*Attorneys for Plaintiff*

**BOHRER & LUKEMAN, PLLC**

_____
Abram I. Bohrer, Esq.
5 Columbus Circle, Suite 1501
New York, New York 10019
Telephone: (212) 406-4232
Email: abe@flightinjury.com