UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANN NUZZO,**  Case No: 8-24-cv-03014

Plaintiff,

v.

**FRONTIER AIRLINES, INC. and
G2 SECURE STAFF, LLC.,**

Defendant(s).
-----------------------------------------------------x

## CERTIFICATION OF ABRAM I. BOHRER

Abram I. Bohrer, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida, (2) I am a member in good standing of the New York and New Jersey Bars, and the United States District Courts for the Eastern and Southern Districts of New York and United States District Court for the District of New Jersey and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

**BOHRER & LUKEMAN, PLLC**

_____
Abram I. Bohrer, Esq.
5 Columbus Circle, Suite 1501
New York, New York 10019
Telephone: (212) 406-4232
Email: abe@flightinjury.com

*Attorneys for Plaintiff*