UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANN NUZZO,**                                          Case No: 8-24-cv-03014

                 Plaintiff,

v.

**FRONTIER AIRLINES, INC. and**
**G2 SECURE STAFF, LLC.,**

                 Defendant(s).
-----------------------------------------------------x

**ORDER GRANTING MOTION TO APPEAR**
**PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Abram I. Bohrer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Middle District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Abram I. Bohrer, may appear and participate in this action on behalf of Ann Nuzzo. The Clerk shall provide electronic notification of all electronic filings to Abram I. Bohrer, at Abe@flightinjury.com.

DONE AND ORDERED in Chambers at, Tampa, Florida, this ____ day of January 2025.

                                                           _____
                                                           United States District Judge

Copies furnished to: All Counsel of Record