# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:24-CV-03014-KKM-TGW

Plaintiff:
**ANN NUZZO**
vs.
Defendant:
**FRONTIER AIRLINES, INC. AND G2 SECURE STAFF, LLC.,**

For: BOHRER & LUKEMAN PLLC

OJF2025004817

Received by OJF SERVICES, INC. on the 26th day of February, 2025 at 9:44 am to be served on **FRONTIER AIRLINES, INC, C/O CORPORATION SERVICE COMPANY, 80 STATE STREET, ALBANY, NY 12207**. I, _Keith Christiansen_ do hereby affirm that on the _27th_ day of _February_, _2025_ at _12:35_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Corporation Service Company_, as _Registered Agent_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

## RETURN OF SERVICE For 8:24-CV-03014-KKM-TGW

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: 2025004817

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a