UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN NUZZO,  CASE NO.: 8:24-cv-03014-KKM-TGW

    Plaintiff,

v.

FRONTIER AIRLINES, INC.
G2 SECURE STAFF, LLC,

    Defendants.

_____ /

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, G2 SECURE STAFF, LLC, (hereinafter "Defendant" or "G2"), through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint and responds as follows:

1. Admitted for jurisdictional purposes only; otherwise denied. Any allegation contained herein that is not expressly admitted is to be deemed denied.

2. Admitted for jurisdictional purposes only; otherwise denied.

3. This Defendant is without knowledge, therefore denied.

4. This Defendant is without knowledge, therefore denied.

5. This Defendant is without knowledge, therefore denied.

6. This Defendant is without knowledge, therefore denied.

CASE NO.: 8:24-cv-03014-KKM-TGW

7. Admitted.

8. Admitted.

9. This Defendant is without knowledge, therefore denied.

10. Admitted to the extent that this Defendant's website contains this language, denied as to any allegations or implications of liability in this matter.

11. Admitted.

12. This Defendant is without knowledge, therefore denied.

13. This Defendant is without knowledge, therefore denied.

14. This Defendant is without knowledge, therefore denied.

## CAUSE OF ACTION AGAINST FRONTIER

Allegations contained in paragraphs 15-24 are not directed at this Defendant. Insofar as any allegation found in these paragraphs directly or indirectly require response by this Defendant, denied.

## CAUSE OF ACTION AGAINST G2

Defendant restates each admission and denial set forth in paragraphs 1-14 above.

25. Admitted.

26. Admitted that this Defendant provided ground services for this aircraft.

27. Denied as phrased.

2

Murray, Morin & Herman, P.A., Attorneys at Law
5805 BLUE LAGOON DRIVE, SUITE 285, MIAMI, FLORIDA 33126 · TELEPHONE (305) 441-1180

CASE NO.: 8:24-cv-03014-KKM-TGW

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied. Subparts A-E are also denied.

Insofar as the WHEREFORE clause below paragraph 33 contains allegations requiring response by this Defendant, Denied. Any allegation found in Plaintiff's Complaint not expressly admitted is denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff cannot recover because at all times material hereto, Plaintiff was negligent in her own conduct, such negligence being the sole or contributing cause of the damages alleged, thereby barring Plaintiff's recovery or, in the alternative, reducing said recovery proportionately.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot recover because the incident giving rise to this cause of action was the sole proximate result of, or was partially contributed to by, the negligence of other persons or parties over whom Defendant had no control. These persons or entities' negligence bars or limits recovery against Defendant by virtue

3

Murray, Morin & Herman, P.A., attorneys at law
5805 BLUE LAGOON DRIVE, SUITE 285, MIAMI, FLORIDA 33126 · TELEPHONE (305) 441-1180

of Florida Statute §768.81, by *Fabre v. Marin*, 623 So.2d 1182 (Fla. 1993), or by other law. Plaintiff has identified co-Defendant Frontier Airlines, as a party. Defendant reserves the right to identify others as discovery may reveal.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff cannot recover because pursuant to Section 768.76 of the Florida Statutes, if it is determined that Defendant is liable to Plaintiff for any damages, any corresponding award is subject to be reduced by the total of all amounts which have been paid for the benefit of Plaintiff, or which are otherwise available to them, from all collateral sources.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover because Plaintiff failed to mitigate her damages, if any.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover because the incident and injuries alleged in Plaintiff's Complaint were the result of intervening and unforeseeable causes for which Defendant had no duty to protect Plaintiff

### SIXTH AFFIRMATIVE DEFENSE

Defendant asserts that any injuries sustained by Plaintiff were caused by pre-existing or unrelated medical conditions, disease, illness or infection and not caused or aggravated by any alleged act of this Defendant.

MURRAY, MORIN & HERMAN, P.A., ATTORNEYS AT LAW
5805 BLUE LAGOON DRIVE, SUITE 285, MIAMI, FLORIDA 33126 · TELEPHONE (305) 441-1180

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover because Defendant is entitled to a setoff for all settlements/benefits received by Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover because the voluntarily assumed the risk of her actions in disembarking in spite of her claim that there was an alleged dangerous conditions she saw.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover medical expenses incurred pursuant to a letter of protection to the extent Plaintiff has not provided the requisite information required under Section 768.0427, Florida Statutes.

## TENTH AFFIRMATIVE DEFENSE

Defendant asserts that any alleged negligence on its part was not the proximate cause of the injuries and damages alleged.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action against this Defendant upon which relief can be granted.

5

Murray, Morin & Herman, P.A., attorneys at law
5805 BLUE LAGOON DRIVE, SUITE 285, MIAMI, FLORIDA 33126 · TELEPHONE (305) 441-1180

CASE NO.: 8:24-cv-03014-KKM-TGW

## RIGHT TO ALLEGE ADDITIONAL DEFENSES

Defendants reserve the right to raise additional Affirmative Defenses as they become known through ongoing discovery in this case.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all issues so triable as a matter of right.

**WHEREFORE,** Defendant, G2 SECURE STAFF, LLC, demands judgment in favor of Defendant and against Plaintiff, including costs and all other such relief as the Court deems just and proper.

Dated:  March 19, 2025.

Respectfully submitted,

By: */s/ Rollin M. Smith*
**ROLLIN M. SMITH**
Fla. Bar No. 170534
rsmith@mmhlaw.com
miami@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
Attorneys for Defendant, G2 Secure Staff, LLC
5805 Blue Lagoon Drive, Suite 285
Miami, FL  331236
Tel:   (305) 441-1180
Fax:   (305) 441-1801

6

Murray, Morin & Herman, P.A., attorneys at law
5805 Blue Lagoon Drive, Suite 285, Miami, Florida 33126 · Telephone (305) 441-1180

CASE NO.: 8:24-cv-03014-KKM-TGW

## CERTIFICATE OF SERVICE

**I HEREBY CERIFY** that on March 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify on this date the foregoing document is being served on all parties identified below in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically any Notices of Electronic Filing.

By: /s/ *Rollin M. Smith*
**ROLLIN M. SMITH**

## SERVICE LIST

**James Loren, Esq.**
Law Offices of Goldberg & Loren, P.A.
1776 N. Pine Island Road, # 224
Plantation, FL 33322
pleadings@goldbergloren.com
*Counsel for Plaintiff*

**Abram I. Bohrer, Esq.**
Bohrer & Lukeman, PLLC
5 Columbus Circle, Suite 1501
New York, NY 10019
abe@flightinjury.com
*Co-Counsel for Plaintiff*

7

Murray, Morin & Herman, P.A., attorneys at law
5805 BLUE LAGOON DRIVE, SUITE 285, MIAMI, FLORIDA 33126 · TELEPHONE (305) 441-1180