## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ANN NUZZO,**                                    **Case No. 8:24-cv-03014**

      **Plaintiff,**

**v.**

**FRONTIER AIRLINES, INC., and**
**G2 SECURE STAFF, LLC.,**

      **Defendants.**

_____/

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER AIRLINES, INC. ("Frontier"), discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier's stock.

Dated: March 20, 2025               _/s Derek J. Angell_____
                                  **DEREK J. ANGELL, ESQ.**
                                  Florida Bar No. 73449
                                  dangell@ohalaw.com
                                  **O'CONNOR, HAFTEL & ANGELL, PLLC**
                                  800 N Magnolia Ave, Ste 1350
                                  Orlando, Florida 32803
                                  (407) 843-2100
                                  (407) 843-2061 Facsimile
                                  www.ohalaw.com
                                  ***Attorneys for Defendant FRONTIER AIRLINES, INC.***