UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN NUZZO,  CASE NO.: 8:24-cv-03014-KKM-TGW

    Plaintiff,

v.

FRONTIER AIRLINES, INC.
G2 SECURE STAFF, LLC,

    Defendants.

_____

**<u>DEFENDANT G2 SECURE STAFF LLC's DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULES 3.03</u>**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☒ No.

   ☐ Yes, and

       ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

       ☐ The filer has no parent corporation.

       ☐ No publicly held corporation owns 10% or more of the filer's shares.

CASE NO.: 8:24-cv-03014-KKM-TGW

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐ No.

    ☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: G2 Secure Staff, LLC., citizenship in Texas, USA.

  a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☐ No.

    ☒ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    Filer identifies the following list of Members for Defendant G2 Secure Staff LLC and their citizenships:
    1. Julia Gostic - TX
    2. Roger Zebroski - TX
    3. Adam Faber - TX
    4. Mark Dupont - TX
    5. Timothy Reddel - TX
    6. David Vance - TX
    7. Brandon Airey - TX

  b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    ☒ No.

    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

CASE NO.: 8:24-cv-03014-KKM-TGW

    c.    Is the filer an insurer?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

        ☒    No.

☐　　Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

4.　　Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒　　No.

☐　　Yes, and this is the entity.

5.　　Is this a bankruptcy action?

☒　　No.

☐　　Yes, and the debtor is [].

☐　　Yes, and the members of the creditors' committee are [].

6.　　Is this a criminal case?

☒　　No.

☐　　Yes, and these persons are arguably eligible for restitution: [].

7.　　Is there an additional entity likely to actively participate in this action?

☒　　No.

☐　　Yes, and this is the entity.

8.　　Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒　　Yes.

CASE NO.: 8:24-cv-03014-KKM-TGW

Dated:       April 2, 2025.

By: */s/ Rollin M. Smith*
**ROLLIN M. SMITH**
Fla. Bar No. 170534
rsmith@mmhlaw.com
miami@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
Attorneys for Defendant, G2 Secure Staff, LLC
5805 Blue Lagoon Drive, Suite 285
Miami, FL  331236
Tel:   (305) 441-1180
Fax:   (305) 441-1801