UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANN NUZZO,**                      Case No: 8:24-cv-03014-KKM-TGW

        Plaintiff,

v.

**FRONTIER AIRLINES, INC. and**
**G2 SECURE STAFF, LLC.,**
        Defendant(s).
---------------------------------------------------x

## LOCAL RULE 2.02 STATEMENT

    PLEASE TAKE NOTICE that pursuant to Local Rule 2.02, Abram I. Bohrer is hereby designated as "Lead Counsel" in this matter.

    Dated: April 8, 2025

                                             **BOHRER & LUKEMAN, PLLC**



                                             _____
                                             Abram I. Bohrer, Esq.
                                             5 Columbus Circle, Suite 1501
                                             New York, New York 10019
                                             Telephone: (212) 406-4232
                                             Email: abe@flightinjury.com

                                             **LAW OFFICES OF**
                                             **GOLDBERG & LOREN, P.A.**

                                             */s/ James Loren*

                                             _____
                                             Florida Bar No. 55409
                                             E-Mail: Pleadings@goldbergloren.com
                                             James Loren, Esq.
                                             1776 N Pine Island Rd. #224
                                             Plantation, Florida 33322
                                             Tel: (800) 719-1617

                                             *Attorneys for Plaintiff*

**Derek J. Angell, Esq.**
O'CONNOR, HAFTEL & ANGELL, PLLC
800 N Magnolia Ave,
Ste 1350
Orlando, Florida 32803
*Attorney for Defendant Frontier Airlines, Inc.*

**Rollin Smith**
Murray, Morin & Herman, P.A.
5805 Blue Lagoon Drive
Suite 285
Miami, FL 33126
*Attorney for Defendant G2 Secure Staff, LLC*